# Notice Recipients

District/Off: 0207−1     User: jlecky     Date Created: 9/1/2015
Case: 1−15−42266−nhl     Form ID: 262     Total: 19

**Recipients of Notice of Electronic Filing:**
tr     Debra Kramer     dkramer@kramerpllc.com;trustee@kramerpllc.com
aty     Ruth Selby     ruthkselby@gmail.com

                                                                                                                                             TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Sheldon Ranz     2205 East 29th Street     Apt 2     Brooklyn, NY 11229
smg     NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg     NYC Department of Finance     345 Adams Street, 3rd Floor     Attn: Legal Affairs − Devora Cohn     Brooklyn, NY 11201
smg     NYS Unemployment Insurance     Attn: Insolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
8587773     Amalgamated Bank     275 7th Avenue     New York, NY 10001
8587774     Applied Bank     PO Box 17120     Wilmington, DE 19886
8587775     Chase/Bank One Card Servi     PO Box 15298     Wilmington, DE 19850
8587776     Citibank CBSD     701 East 60th Street N     Sioux Falls, SD 57104
8587777     Corinne Feldman     165 North 3rd Street     Bethpage, NY 11714
8587778     Credit Collection Service     Two Wells Avenue     Newton Center, MA 02459
8587779     Credit One Bank     PO Box 98872     Las Vegas, NV 89193
8587780     GECRB/Care Credit     c/o PO Box 965036     Orlando, FL 32896
8587781     Global Client Solutions     4500 S 129th E Avenue     Tulsa, OK 74134
8587782     Merrick Bank     POB 1500     Draper, UT 84020
8587783     Midland Credit Management     PO Box 60578     Los Angeles, CA 90060
8587784     Verizon     PO Box 15124     Albany, NY 12212

                                                                              TOTAL: 17